## File Hashes for IP Address 173.66.211.176

**ISP:** Verizon FiOS
**Physical Location:** Fairfax, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/18/2014 19:39:09 | 72C5F1DBC6450F1E2A92EC1F8A55098D80002B06 | Enjoy the Ride |
| 12/01/2014 21:34:50 | A76B24C6848F089F7011D63DBB8F6A0EA42A2572 | Season of Love |
| 11/01/2014 22:38:17 | 3CF3841FC029ABAF1DAF8F7386DD9931EE973811 | Exposed And Aroused |
| 10/24/2014 14:06:44 | 7C7A6D44D30CCACDCC246369C14FF4062E071A92 | Do Me Darling |
| 10/11/2014 21:25:38 | 9EC75153A9FAE62A59B816D3D47B222D65898EF0 | Awe Inspiring Orgy |
| 10/08/2014 18:54:32 | 9C892AB5A36C0FF253C78303880823637673C417 | Serving Seduction |
| 08/02/2014 23:38:14 | 42D38E399C4415CD05366E181B49BCF6FDC6C948 | Carmen Poolside Striptease |
| 07/31/2014 00:42:04 | 712877CDC7DE31728585AC27F8FFE09E435FEBA5 | Carry Me Home |
| 07/03/2014 20:09:05 | DE8C45499204545EC2686EDE4BD996ED1E7BBC0E | Tie Her Up For Me |
| 05/03/2014 18:22:30 | 66CF4FF49B8F1DAF2429423952B71B3F48543982 | Brazilian Love Affair |
| 04/28/2014 20:18:30 | 179BC2C2C3E13E5B7BCD97776DE21AF4AD06265C | Surprise Surprise |
| 04/21/2014 00:11:53 | 90808CE3282B56F54F47AC8BFB80705B0E00337E | Double Tease |
| 03/31/2014 06:16:54 | AD3F53027CB90D4B3D4E1A6D35C2A3FDC210830C | My Days in Rome |
| 11/20/2013 19:06:50 | 18B23464E61B4D118F9E285337BC49B3B246BCB5 | LA Plans |

**Total Statutory Claims Against Defendant: 14**

EVA172

EXHIBIT A