**Copyrights-In-Suit for IP Address 173.66.211.176**

**ISP:** Verizon FiOS
**Location:** Fairfax, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Enjoy the Ride | PA0001926086 | 12/18/2014 | 12/29/2014 | 12/18/2014 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 12/01/2014 |
| Exposed And Aroused | PA0001921293 | 11/01/2014 | 11/06/2014 | 11/01/2014 |
| Do Me Darling | PA0001921297 | 10/24/2014 | 11/06/2014 | 10/24/2014 |
| Awe Inspiring Orgy | PA0001917712 | 10/11/2014 | 10/19/2014 | 10/11/2014 |
| Serving Seduction | PA0001916704 | 10/08/2014 | 10/09/2014 | 10/08/2014 |
| Carmen Poolside Striptease | PA0001771672 | 01/09/2012 | 01/17/2012 | 08/02/2014 |
| Carry Me Home | PA0001908452 | 07/29/2014 | 08/04/2014 | 07/31/2014 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 07/03/2014 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 05/03/2014 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 04/28/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/21/2014 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 03/31/2014 |
| LA Plans | PA0001869248 | 11/19/2013 | 11/22/2013 | 11/20/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 14**

EXHIBIT B

EVA172