UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ERIC PULLING, <br><br> Defendant. | CASE NO.: **1:15-cv-00159-AJT-JFA** |

### ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT ERIC PULLING

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant Eric Pulling With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have thirty (30) days or until July 9, 2015 to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this 15th day of June, 2015.

/s/ JFA
John F. Anderson
United States Magistrate Judge