UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ERIC PULLING,<br><br>        Defendant. | CASE NO.: **1:15-cv-00159-AJT-JFA** |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN
WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT ERIC PULLING**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order extending the time within which to effectuate service on Defendant Eric Pulling, and states:

1.    On February 9, 2015, Plaintiff filed its Motion for Leave to Serve a Third Party Subpoena [CM/ECF 3].

2.    On February 19, 2015, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Verizon Online Services, to obtain the Defendant's identifying information [CM/ECF 6].  Plaintiff issued the subpoena on or about February 20, 2014, and received the ISP's response on April 10, 2015.

3.    After a thorough investigation, Plaintiff amended its Complaint naming Defendant Eric Pulling, on June 4, 2015 [CM/ECF 10]. A Summons was issued as to Eric Pulling [CM/ECF 13].

4.      On June 15, 2015, Plaintiff was granted an extension to effectuate service of the Amended Complaint and Summons [CM/ECF 12].

5.      Plaintiff is in the process of effectuating service upon Defendant Eric Pulling. Upon receipt of the affidavit of service, Plaintiff will file same with this Court.

6.      Pursuant to the June 15, 2015 Order Granting Plaintiff's Motion for Extension of Time to Serve Defendant [CM/ECF 12], Plaintiff is required to effectuate service on Defendant by July 9, 2015.

7.      Procedurally, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant Eric Pulling be extended an additional thirty (30) days, or until August 8, 2015.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant Eric Pulling be extended an additional thirty (30) days or until August 8, 2015. A proposed order is attached for the Court's convenience.

Dated: July 9, 2015

Respectfully submitted,

By: /s/ *William E. Tabot, Esq*\_\_\_\_
William E. Tabot, Esquire #39488
William E. Tabot, Esquire, PC
9248 Mosby Street
Manassas, Virginia 20110
Tel: (709) 530-7075
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

            By:  /s/ *William E. Tabot*