IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

        Plaintiff,

v.                              Civil Action No. 1:15-cv-00159-AJT-JFA

ERIC PULLING,

        Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF ERIC PULLING**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Eric Pulling ("Defendant") from this action <u>without prejudice</u>. Eric Pulling was assigned the IP address 173.66.211.176. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Eric Pulling has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 19, 2015

                                                  Respectfully submitted,

                                                  By:   /s/ *William E. Tabot*
                                                  William E. Tabot PC
                                                  9248 Mosby Street
                                                  Manassas, VA 20110-5038
                                                  Phone: 703-530-7075
                                                  Email: *wetabotesq@wetlawfirm.com*
                                                  *Attorney for Plaintiff*

*So ordered*
*8/19/15*

                                                               /s/
                                                    Anthony J. Trenga
                                                   United States District Judge